■ In the Matter of SULMA BAEZ, Respondent, v EDUARDO MARTINEZ, Appellant. [679 NYS2d 576] —Order, Family Court, New York County (Richard Ross, J.), entered on or about May 23, 1997, which, upon a finding that respondent had violated an order of protection, extended said order of protection for a period of 1 year, unanimously affirmed, without costs.

Contrary to respondent husband's contention, the record amply supports Family Court's finding that respondent violated the subject order of protection by slapping petitioner in the

face. The credibility determinations of the Family Court in connection with this finding should be accorded deference and we see no basis to disturb them (*see, Matter of F.B. v W.B.*, 248 AD2d 119). Concur—Lerner, P. J., Sullivan, Nardelli and Rubin, JJ.